UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| Nature's Choice Landscape Supply, Inc. | § | Case No. 17-07949 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/14/2017. The case was converted to a Chapter 7 on 11/21/2017. The undersigned trustee was appointed on 11/22/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 25,900.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 35.00 |
| Bank Service Fees | | 104.94 |
| Other Payments to Creditors | | 10,500.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 15,260.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/10/2018 and the deadline for filing governmental claims was 08/10/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,340.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,000.00, for a total compensation of $2,000.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $188.22 for total expenses of $188.22

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   10/04/2018                              By :   /s/ Elizabeth C. Berg
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: **17-07949**  
Case Name: **Nature's Choice Landscape Supply, Inc.**  
For Period Ending: **10/04/2018**

Judge: **Donald R. Cassling**

Trustee Name: **Elizabeth C Berg**  
Date Filed (f) or Converted (c): **11/21/2017 (c)**  
341(a) Meeting Date: **04/11/2017**  
Claims Bar Date: **08/10/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. American Eagle Checking | 500.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 13,258.04 | 0.00 | | 0.00 | FA |
| 3. Office Furniture & Equipment | 2,000.00 | 932.40 | | 932.40 | FA |
| 4. 4 Compaq Laptops | 750.00 | 349.65 | | 349.65 | FA |
| 5. 2014 Dell Computers | 550.00 | 256.41 | | 256.41 | FA |
| 6. 2 Vostro Computers | 700.00 | 326.34 | | 326.34 | FA |
| 7. Server | 1,000.00 | 466.20 | | 466.20 | FA |
| 8. 2016 Cadillac Escalade | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Ford F250 (2004) | 6,200.00 | 2,849.00 | | 2,849.00 | FA |
| 10. Bobcat | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. Trailer (2013) PJ | 1,000.00 | 518.00 | | 518.00 | FA |
| 12. F350 | 6,000.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Ford F350 | 12,000.00 | 5,180.00 | | 5,180.00 | FA |
| 14. 2013 Ford Escape | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 15. 2014 Bobcat | 20,000.00 | 6,734.00 | | 6,734.00 | FA |
| 16. 2000 Trailer | 1,500.00 | 777.00 | | 777.00 | FA |
| 17. 2015 Ford Dump Truck S-Dty F-4 | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 18. 2016 Ford Focus | 19,000.00 | 0.00 | OA | 0.00 | FA |
| 19. Misc Landscapte tools | 500.00 | 183.89 | | 183.89 | FA |
| 20. 1 Plow | 1,500.00 | 777.00 | | 777.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07949 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Nature's Choice Landscape Supply, Inc. | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 10/04/2018 | | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. Mower | 600.00 | 290.08 | | 290.08 | FA |
| 22. 2014 Wright Mower | 1,800.00 | 890.96 | | 890.96 | FA |
| 23. Russo Brick Cart | 400.00 | 199.43 | | 199.43 | FA |
| 24. Russo Brick Saw & Equipment | 5,500.00 | 2,649.57 | | 2,649.57 | FA |
| 25. 60" Skag Mower | 1,800.00 | 890.96 | | 890.96 | FA |
| 26. Russo Power Equipment | 200.00 | 75.11 | | 75.11 | FA |
| 27. Debtor leases vacant in Kane County lot to store vehicles and equipment | 0.00 | 0.00 | | 0.00 | FA |
| 28. 2 Snowplows - affixed to Ford Trucks (Asset No. 9 & 13) (u) | 0.00 | 518.00 | | 518.00 | FA |
| 29. 2013 United Trailer (u) | 0.00 | 518.00 | | 518.00 | FA |
| 30. 2010 Dump Trailer (u) | 0.00 | 518.00 | | 518.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 197,758.04 | 25,900.00 | | 25,900.00 | 0.00 |

Re Prop. #1   Bank account subject to lien of Swift Capital. Trustee informed account swept by lender.
Re Prop. #2   Disposed of during ch. 11 proceedings
Re Prop. #3   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #4   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #5   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #6   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #7   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #8   Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #9   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #10  Disposed of during ch. 11 proceedings
Re Prop. #11  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07949 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Nature's Choice Landscape Supply, Inc. | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 10/04/2018 | | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12   Destroyed by post-petition/pre-conversion engine fire  (see Schedule of post-petition debts [Dkt. 89])
Re Prop. #13   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #14   Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #15   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #16   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #17   Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #18   Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #19   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #20   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #21   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #22   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #23   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #24   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #25   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #26   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #28   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #29   Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee was appointed upon the conversion of this case.  The Debtor was a landscaper which also provided snow-plowing services in the off season.  As of the conversion of this case, property of the estate included four encumbered vehicles, various unencumbered motor vehicles, trailers, and office equipment.   Trustee abandoned the estate's interest in the four vehicles which were encumbered and of little or no value to the estate [Dkt. 79].  Trustee consulted with an auctioneer to estimate the auction value of the unencumbered assets if they were sold at a public auction.  Concurrently, Trustee negotiated with an insider for a potential sale of the assets.  Ultimately, Trustee determined it was in the best interest of the estate to conduct a private sale.  Trustee negotiated with two secured creditors such that the estate would pay their liens, as allowed, from the proceeds of the sale.  Prior to filing her motion to approve the proposed sale, the IL Dept. of Employment Security filed a secured tax lien.  Trustee determined that after distribution to chapter 7 administrative creditors and the tax lien, there would be no funds available for distribution to chapter 11 administrative creditors or chapter 7 unsecured creditors.  In order to make a distribution to the taxing authority, as well as the secured creditors, Trustee pursued the proposed sale which was approved by this Court's order dated March 5, 2018 [Dkt. 85].  Trustee reviewed and analyzed claims filed, to the extent such claims would receive a distribution, and resolved all claims issues.  Trustee worked with her accountants to prepare estate income tax and payroll tax returns for 2017 and final year 2018.  Trustee also terminated the Debtor's SEP retirement plan and so notified the plan participants.  Trustee prepared her TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07949 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Nature's Choice Landscape Supply, Inc. | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 10/04/2018 | | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :**          **Current Projected Date of Final Report(TFR) :** 09/28/2018

**Trustee's Signature**     /s/Elizabeth C Berg          **Date:** 10/04/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-07949 | Trustee Name: Elizabeth C Berg |
| Case Name: Nature's Choice Landscape Supply, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5385 Checking Account |
| Taxpayer ID No: **-***8575 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 10/4/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2018 | | Steven Scott Baier<br>c/o Shamrock Hardscapes & Restoration<br>38W155 Henricksen Road<br>Saint Charles, IL 60137 | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | | 24,400.00 | | 24,400.00 |
| | [4] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 349.65 | 1129-000 | | |
| | [5] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 256.41 | 1129-000 | | |
| | [6] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 326.34 | 1129-000 | | |
| | [7] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 466.20 | 1129-000 | | |
| | [9] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 2,849.00 | 1129-000 | | |
| | [11] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 518.00 | 1129-000 | | |
| | | | | Page Subtotals | 24,400.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-07949 | Trustee Name: Elizabeth C Berg |
| Case Name: Nature's Choice Landscape Supply, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5385 Checking Account |
| Taxpayer ID No: **-***8575 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 10/4/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [13] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 5,180.00 | 1129-000 | | |
| | [15] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 5,234.00 | 1129-000 | | |
| | [16] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 777.00 | 1129-000 | | |
| | [19] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 183.89 | 1129-000 | | |
| | [20] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 777.00 | 1129-000 | | |
| | [21] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 290.08 | 1129-000 | | |
| | [22] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 890.96 | 1129-000 | | |
| | [23] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 199.43 | 1129-000 | | |
| | | | Page Subtotals | | 24,400.00 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-07949 | Trustee Name: Elizabeth C Berg |
| Case Name: Nature's Choice Landscape Supply, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5385 Checking Account |
| Taxpayer ID No: **-***8575 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 10/4/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [24] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 2,649.57 | 1129-000 | | |
| | [25] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 890.96 | 1129-000 | | |
| | [26] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 75.11 | 1129-000 | | |
| | [3] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 932.40 | 1129-000 | | |
| | [28] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 518.00 | 1229-000 | | |
| | [29] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 518.00 | 1229-000 | | |
| | [30] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 518.00 | 1229-000 | | |
| | | | Page Subtotals | | 24,400.00 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 4

| Case No: | 17-07949 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | Nature's Choice Landscape Supply, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/4/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/14/2018 | 51001 | Swift Financial Corporation c/o Charles S. Stahl, Jr. Swanson, Martin & Bell, LLP 2525 Cabot Drive, Ste. 204 Lisle, IL 60532 | Payment of Lien and Security Interest in Sale Proceeds - Authorized Per Court Order Dated March 2, 2018 [Dkt. No. 85] | 4210-000 | | 9,000.00 | 15,400.00 |
| 03/14/2018 | 51002 | Amalgamated Bank of Chicago c/o William Dunn, Counsel 30 N LaSalle Street Chicago, IL 60602 | Payment of Lien and Security Interest in Sale Proceeds - Authorized Per Court Order Dated March 2, 2018 [Dkt. No. 85] | 4210-000 | | 1,500.00 | 13,900.00 |
| 03/23/2018 | [15] | Steven Scott Baier c/o Shamrock Hardscapes & Restoration 38W155 Henricksen Road Saint Charles, IL 60175 | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 1129-000 | 1,500.00 | | 15,400.00 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.27 | 15,380.73 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.49 | 15,359.24 |
| 05/16/2018 | 51003 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | State Income Tax Due | 2820-000 | | 35.00 | 15,324.24 |
| | | | Page Subtotals | | 1,500.00 | 10,575.76 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/4/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 21.45 | 15,302.79 |
| 07/03/2018 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 21.38 | 15,281.41 |
| 08/03/2018 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 21.35 | 15,260.06 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 64.18 |
| **COLUMN TOTALS** | 25,900.00 | 10,639.94 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 25,900.00 | 10,639.94 |
| Less: Payments to Debtors |  | 0.00 |
| **Net** | 25,900.00 | 10,639.94 |

| All Accounts Gross Receipts: | 25,900.00 |
| --- | --- |
| All Accounts Gross Disbursements: | 10,639.94 |
| All Accounts Net: | 15,260.06 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| --- | --- | --- | --- |
| ******5385 Checking Account | 25,900.00 | 10,639.94 |  |

UST Form 101-7-TFR (5/1/2011) (Page 11) **Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/4/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 25,900.00 | 10,639.94 | 15,260.06 |

| Case: | 17-07949 | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Nature's Choice Landscape Supply, Inc. | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 1 |

Claims Bar Date: 08/10/18   Government Bar Date: 08/10/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark St.<br>Suite 200<br>Chicago, IL 60602 | 2100 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| | Trustee voluntarily is seeking less than the maximum compensation allowable under section 326 of the Code | | | | | | |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark St.<br>Suite 200<br>Chicago, IL 60602 | 2200 | 0.00 | 188.22 | 188.22 | 0.00 | 188.22 |
| | Trustee's expenses | | | | | | |
| 00018 | Illinois Department of<br>33 S State St<br>Chicago, IL 60603 | 2690 | 0.00 | 4,812.55 | 0.00 | 0.00 | 0.00 |
| | Filed: 02/07/18 | | | | | | |
| | Chapter 11 administrative claim for unemployment tax due Q3 and Q4 2017 (post-petition/pre-conversion) subordinated per section 724 of the Code | | | | | | |
| | IL Dept. of Revenue | 2820 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 |
| | Estate taxes due and owing as of April 30, 2018 IL-1120S | | | | | | |
| 00016 | Office of the U.S. Trustee<br>219 S Dearborn St<br>Chicago, IL 60604 | 2990 | 0.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| | Filed: 01/16/18 | | | | | | |
| | Confirmed claim amount with B. Wakefield (9/6/18) | | | | | | |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110 | 0.00 | 4,504.50 | 4,000.00 | 0.00 | 4,000.00 |
| | BB voluntarily is seeking compensation less than actual value of services rendered | | | | | | |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3220 | 0.00 | 813.10 | 813.10 | 0.00 | 813.10 |
| | Trustee's Attorneys' Expenses | | | | | | |
| | Kutchins, Robbins &<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | 3410 | 0.00 | 4,000.50 | 4,000.50 | 0.00 | 4,000.50 |
| | Trustee's Accountants' Fees | | | | | | |
| | Kutchins, Robbins &<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | 3420 | 0.00 | 7.00 | 7.00 | 0.00 | 7.00 |

Case: 17-07949  
Nature's Choice Landscape Supply, Inc.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 2

Claims Bar Date: 08/10/18    Government Bar Date: 08/10/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Trustee's Accountants' Expenses | | | | | | |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **17,300.87** | **12,018.82** | **35.00** | **11,983.82** |
| | Swift Capital | 4210 | 0.00 | 0.00 | 9,000.00 | 9,000.00 | 0.00 |
| | Secured claim allowed against proceeds of sale per order dated March 5, 2018 [Dkt. 85] | | | | | | |
| 00003 | FORD MOTOR CREDIT<br>PO Box 55000<br>Detroit, MI 48255 | 4210 | 8,262.21 | 8,533.40 | 0.00 | 0.00 | 0.00 |
| | Filed: 03/27/17 | | | | | | |
| | Secured claim against 2013 Ford Escape determined to be $0 per order 9/28/18 [Dkt. 93] | | | | | | |
| 00004 | FORD MOTOR CREDIT<br>PO Box 55000<br>Detroit, MI 48255 | 4210 | 35,096.61 | 34,834.34 | 0.00 | 0.00 | 0.00 |
| | Filed: 03/27/17 | | | | | | |
| | Secured claim against 2015 Ford Truck determined to be $0 per order 9/28/18 [Dkt. 93] | | | | | | |
| 00005A | FORD MOTOR CREDIT<br>PO Box 55000<br>Detroit, MI 48255 | 4210 | 17,152.65 | 17,152.64 | 0.00 | 0.00 | 0.00 |
| | Filed: 03/27/17 | | | | | | |
| | Secured claim against 2016 Ford Focus determined to be $0 per order 9/28/18 [Dkt. 93] | | | | | | |
| 00006 | AmeriCredit Financial<br>PO Box 183853<br>Arlington, TX 76096 | 4210 | 76,779.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Filed: 03/31/17 | | | | | | |
| | Claim withdrawn 9/16/18 [Dkt. No. 91] | | | | | | |
| 00013 | Amalgamated BK<br>PO Box 1106<br>Chicago, IL 60690 | 4210 | 3,500.00 | 2,166.35 | 1,500.00 | 1,500.00 | 0.00 |
| | Filed: 05/11/17 | | | | | | |
| | Claim allowed in the amount of $1,500.00 against 2014 Bobcat and Trustee authorized to pay said amount from proceeds of sale, in full settlement of the claim, per order dated 3/5/18 [Dkt. 85] | | | | | | |
| 000017 | IL Dept Employ Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th Floor<br>Chicago, IL 60603 | 4800 | 10,205.31 | 9,156.56 | 9,156.56 | 0.00 | 9,156.56 |
| | Filed: 02/05/18 | | | | | | |
| | Secured tax lien pursuant to 724(b) | | | | | | |

Case: 17-07949  
Nature's Choice Landscape Supply, Inc.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 3

Claims Bar Date: 08/10/18   Government Bar Date: 08/10/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| **SECURED TOTAL** | | | 150,995.82 | 71,843.29 | 19,656.56 | 10,500.00 | 9,156.56 |
| 00001-3B | Department of Treasury-IRS<br>230 S. Dearborn Room 2600<br>M/S 5014CHI<br>Chicago, IL 60604<br>Filed: 04/10/17<br>priority portion of claim amended 4/10/17; and again on 5/4/18 | 5800 | 26,915.52 | 33,319.11 | 33,319.11 | 0.00 | 33,319.11 |
| 00014A | IL Dept of Revenue<br>PO Box 19035<br>Springfield, IL 62794<br>Filed: 07/05/17<br>Priority portion of claim | 5800 | 899.55 | 1,711.83 | 1,711.83 | 0.00 | 1,711.83 |
| 000017-A | IL Dept Employ Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th Floor<br>Chicago, IL 60603<br>Filed: 02/05/18<br>Priority portion of claim | 5800 | 0.00 | 3,258.92 | 3,258.92 | 0.00 | 3,258.92 |
| **PRIORITY TOTAL** | | | 27,815.07 | 38,289.86 | 38,289.86 | 0.00 | 38,289.86 |
| 00001-3 | Department of Treasury-IRS<br>230 S. Dearborn Room 2600<br>M/S 5014CHI<br>Chicago, IL 60604<br>Filed: 04/10/17<br>unsecured portion of claim amended 4/10/17; and again on 5/4/18 | 7100 | 0.00 | 26,322.55 | 26,322.55 | 0.00 | 26,322.55 |
| 00002 | American Express Centurion<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 03/24/17<br>claim amended 5/18/18 | 7100 | 0.00 | 1,027.96 | 1,027.96 | 0.00 | 1,027.96 |
| 00005 | FORD MOTOR CREDIT<br>PO Box 55000<br>Detroit, MI 48255<br>Filed: 03/27/17<br>unsecured portion | 7100 | 0.00 | 0.01 | 0.01 | 0.00 | 0.01 |

| Case: | 17-07949 | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Nature's Choice Landscape Supply, Inc. | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 4 |

Claims Bar Date: 08/10/18    Government Bar Date: 08/10/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00007 | LECHNER & SONS, INC.<br>D/B/A LECHNER AND SONS UNIFOR<br>C/O MARKOFF LAW LLC<br>29 N Wacker Dr Ste 550<br>Chicago, IL 60606<br>Filed: 04/13/17 | 7100 | 0.00 | 32,009.28 | 32,009.28 | 0.00 | 32,009.28 |
| 00008 | EMC Insurance Group, Inc.<br>Lichtman Eisen Partners, Ltd.<br>222 N La Salle St Ste 300<br>Chicago, IL 60601<br>Filed: 04/26/17 | 7100 | 16,445.89 | 13,245.89 | 13,245.89 | 0.00 | 13,245.89 |
| 00009 | FIFTH THIRD BANK<br>PO Box 9013<br>Addison , TX 75001<br>Filed: 05/01/17 | 7100 | 0.00 | 1,192.08 | 1,192.08 | 0.00 | 1,192.08 |
| 00010 | FIFTH THIRD BANK<br>PO Box 9013<br>Addison , TX 75001<br>Filed: 05/01/17 | 7100 | 0.00 | 372.85 | 372.85 | 0.00 | 372.85 |
| 00011 | Accountemps Robert Half<br>PO Box 5024<br>San Ramon, CA 94583<br>Filed: 05/03/17 | 7100 | 0.00 | 22,117.52 | 22,117.52 | 0.00 | 22,117.52 |
| 00012 | Amalgamated BK<br>PO Box 1106<br>Chicago, IL 60690<br>Filed: 05/09/17 | 7100 | 0.00 | 8,699.13 | 8,699.13 | 0.00 | 8,699.13 |
| 00014B | IL Dept of Revenue<br>PO Box 19035<br>Springfield, IL 62794<br>Filed: 07/05/17<br>Unsecured portion | 7100 | 0.00 | 84.90 | 84.90 | 0.00 | 84.90 |
| 00015-2 | Leaf Capital Funding, LLC<br>2005 Market St Fl 14<br>Philadelphia, PA 19103<br>Filed: 10/05/17<br>Claim amended 10/5/17 to reduce amount claimed - no longer asserts secured claim | 7100 | 12,681.99 | 13,414.27 | 13,414.27 | 0.00 | 13,414.27 |
| 00017-B | IL Dept Employ Security<br>33 S State St<br>Chicago, IL 60603<br>Filed: 02/06/18 | 7100 | 0.00 | 50.00 | 50.00 | 0.00 | 50.00 |

Case: 17-07949  
Nature's Choice Landscape Supply, Inc.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 5

Claims Bar Date: 08/10/18   Government Bar Date: 08/10/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| | Unsecured portion | | | | | | |
| 000018A | IL Dept Employ Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th Floor<br>Chicago, IL 60603<br>Filed: 02/07/18<br>unsecured portion of claim | 7100 | 0.00 | 90.00 | 90.00 | 0.00 | 90.00 |
| 0000019 | Swift Capital<br>3505 Silverside Rd<br>Suite 200<br>Wilmington, DE 19810<br>Filed: 05/29/18 | 7100 | 102,712.50 | 134,301.31 | 134,301.31 | 0.00 | 134,301.31 |
| 000020 | Ground Effects Outdoor<br>c/o Colleen G Thomas<br>30 North Western Avenue<br>Carpentersville, IL 60110<br>Filed: 06/14/18 | 7100 | 0.00 | 11,361.23 | 11,361.23 | 0.00 | 11,361.23 |
| **UNSECURED TOTAL** | | | **131,840.38** | **264,288.98** | **264,288.98** | **0.00** | **264,288.98** |
| | | | | | | | |
| **REPORT TOTALS** | | | **310,651.27** | **391,723.00** | **334,254.22** | **10,535.00** | **323,719.22** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-07949

Case Name:   Nature's Choice Landscape Supply, Inc.

Trustee Name:   Elizabeth C Berg

Balance on Hand   $15,260.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Swift Capital | $ 0.00 | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| 00003 | FORD MOTOR CREDIT COMPANY | $ 8,533.40 | $ 0.00 | $ 0.00 | $ 0.00 |
| 00004 | FORD MOTOR CREDIT COMPANY | $ 34,834.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| 00005A | FORD MOTOR CREDIT COMPANY | $ 17,152.64 | $ 0.00 | $ 0.00 | $ 0.00 |
| 00006 | AmeriCredit Financial Services, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 00013 | Amalgamated BK | $ 2,166.35 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| 000017 | IL Dept Employ Security | $ 9,156.56 | $ 9,156.56 | $ 0.00 | $ 3,276.24 |

Total to be paid to secured creditors   $ 3,276.24

Remaining Balance   $ 11,983.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 188.22 | $ 0.00 | $ 188.22 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 813.10 | $ 0.00 | $ 813.10 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond | $ 4,000.50 | $ 0.00 | $ 4,000.50 |
| Accountant for Trustee, Expenses: Kutchins, Robbins & | $ 7.00 | $ 0.00 | $ 7.00 |
| Other: IL Dept. of Revenue | $ 35.00 | $ 35.00 | $ 0.00 |
| Other: Office of the U.S. Trustee (ADMINISTRATIVE) | $ 975.00 | $ 0.00 | $ 975.00 |
| Other: Illinois Department of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) Page 18

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | | $ 11,983.82 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,289.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001-3B | Department of Treasury-IRS | $ 33,319.11 | $ 0.00 | $ 0.00 |
| 00014A | IL Dept of Revenue Bankruptcy Section | $ 1,711.83 | $ 0.00 | $ 0.00 |
| 000017-A | IL Dept Employ Security | $ 3,258.92 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $264,288.98 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001-3 | Department of Treasury-IRS | $ 26,322.55 | $ 0.00 | $ 0.00 |
| 00002 | American Express Centurion Bank c/o | $ 1,027.96 | $ 0.00 | $ 0.00 |
| 00005 | FORD MOTOR CREDIT COMPANY LLC | $ 0.01 | $ 0.00 | $ 0.00 |
| 00007 | LECHNER & SONS, INC. | $ 32,009.28 | $ 0.00 | $ 0.00 |
| 00008 | EMC Insurance Group, Inc. | $ 13,245.89 | $ 0.00 | $ 0.00 |
| 00009 | FIFTH THIRD BANK | $ 1,192.08 | $ 0.00 | $ 0.00 |
| 00010 | FIFTH THIRD BANK | $ 372.85 | $ 0.00 | $ 0.00 |
| 00011 | Accountemps Robert Half Attn:Karen | $ 22,117.52 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00012 | Amalgamated BK | $ 8,699.13 | $ 0.00 | $ 0.00 |
| 00014B | IL Dept of Revenue Bankruptcy Section | $ 84.90 | $ 0.00 | $ 0.00 |
| 00015-2 | Leaf Capital Funding, LLC | $ 13,414.27 | $ 0.00 | $ 0.00 |
| 00017-B | IL Dept Employ Security | $ 50.00 | $ 0.00 | $ 0.00 |
| 000018A | IL Dept Employ Security | $ 90.00 | $ 0.00 | $ 0.00 |
| 0000019 | Swift Capital | $ 134,301.31 | $ 0.00 | $ 0.00 |
| 000020 | Ground Effects Outdoor Living LLC | $ 11,361.23 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE