UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              §
Nature's Choice Landscape Supply, Inc.              §   Case No. 17-07949
                                                    §
                        Debtor(s)                   §
                                                    §
                                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $139,758.04 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $13,776.24 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $12,123.76 | |

   3) Total gross receipts of $25,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,900.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,995.82 | $71,843.29 | $19,656.56 | $13,776.24 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $17,405.81 | $12,123.76 | $12,123.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $27,815.07 | $38,289.86 | $38,289.86 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $269,652.57 | $264,288.98 | $264,288.98 | $0.00 |
| TOTAL DISBURSEMENTS | $448,463.46 | $391,827.94 | $334,359.16 | $25,900.00 |

4) This case was originally filed under chapter 7 on 03/14/2017, and it was converted to chapter 7 on 11/21/2017. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 12/18/2018          By : /s/ Elizabeth C Berg
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Office Furniture & Equipment | 1129-000 | $932.40 |
| 4 Compaq Laptops | 1129-000 | $349.65 |
| 2014 Dell Computers | 1129-000 | $256.41 |
| 2 Vostro Computers | 1129-000 | $326.34 |
| Server | 1129-000 | $466.20 |
| Ford F250 (2004) | 1129-000 | $2,849.00 |
| Trailer (2013) PJ | 1129-000 | $518.00 |
| 2008 Ford F350 | 1129-000 | $5,180.00 |
| 2014 Bobcat | 1129-000 | $6,734.00 |
| 2000 Trailer | 1129-000 | $777.00 |
| Misc Landscapte tools | 1129-000 | $183.89 |
| 1 Plow | 1129-000 | $777.00 |
| Mower | 1129-000 | $290.08 |
| 2014 Wright Mower | 1129-000 | $890.96 |
| Russo Brick Cart | 1129-000 | $199.43 |
| Russo Brick Saw & Equipment | 1129-000 | $2,649.57 |
| 60" Skag Mower | 1129-000 | $890.96 |
| Russo Power Equipment | 1129-000 | $75.11 |
| 2 Snowplows - affixed to Ford Trucks (Asset No. 9 & 13) | 1229-000 | $518.00 |
| 2013 United Trailer | 1229-000 | $518.00 |
| 2010 Dump Trailer | 1229-000 | $518.00 |
| **TOTAL GROSS RECEIPTS** | | $25,900.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swift Capital | 4210-000 | NA | $0.00 | $9,000.00 | $9,000.00 |
| 00003 | FORD MOTOR CREDIT | 4210-000 | $8,262.21 | $8,533.40 | $0.00 | $0.00 |
| 00004 | FORD MOTOR CREDIT | 4210-000 | $35,096.61 | $34,834.34 | $0.00 | $0.00 |
| 00005 | FORD MOTOR CREDIT | 4210-000 | $17,152.65 | $17,152.64 | $0.00 | $0.00 |
| 00006 | AmeriCredit Financial Services, | 4210-000 | $76,779.04 | $0.00 | $0.00 | $0.00 |
| 00013 | Amalgamated BK | 4210-000 | $3,500.00 | $2,166.35 | $1,500.00 | $1,500.00 |
| 00001 | IL Dept Employ Security | 4800-070 | $10,205.31 | $9,156.56 | $9,156.56 | $3,276.24 |
| | **TOTAL SECURED** | | $150,995.82 | $71,843.29 | $19,656.56 | $13,776.24 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the U.S. Trustee | 2990-000 | NA | $975.00 | $975.00 | $975.00 |
| Illinois Department of Employment | 2690-730 | NA | $4,812.55 | $0.00 | $0.00 |
| Kutchins, Robbins & Diamond | 3410-000 | NA | $4,000.50 | $4,000.50 | $4,000.50 |
| Kutchins, Robbins & Diamond | 3420-000 | NA | $7.00 | $7.00 | $7.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| IL Dept. of Revenue | 2820-000 | NA | $0.00 | $35.00 | $35.00 |
| Baldi Berg, Ltd. | 3220-000 | NA | $813.10 | $813.10 | $813.10 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $188.22 | $188.22 | $188.22 |
| Baldi Berg, Ltd. | 3110-000 | NA | $4,504.50 | $4,000.00 | $4,000.00 |
| Texas Capital Bank | 2600-000 | NA | $104.94 | $104.94 | $104.94 |

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $17,405.81 | $12,123.76 | $12,123.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001-3B | Department of Treasury-IRS | 5800-000 | $26,915.52 | $33,319.11 | $33,319.11 | $0.00 |
| 000017-A | IL Dept Employ Security | 5800-000 | NA | $3,258.92 | $3,258.92 | $0.00 |
| 00014A | IL Dept of Revenue Bankruptcy | 5800-000 | $899.55 | $1,711.83 | $1,711.83 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $27,815.07 | $38,289.86 | $38,289.86 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00017-B | IL Dept Employ Security | 7100-000 | NA | $50.00 | $50.00 | $0.00 |
| 00015-2 | Leaf Capital Funding, LLC | 7100-000 | $12,681.99 | $13,414.27 | $13,414.27 | $0.00 |
| 00014B | IL Dept of Revenue Bankruptcy | 7100-000 | NA | $84.90 | $84.90 | $0.00 |
| 00012 | Amalgamated BK | 7100-000 | NA | $8,699.13 | $8,699.13 | $0.00 |
| 00011 | Accountemps Robert Half Attn: | 7100-000 | NA | $22,117.52 | $22,117.52 | $0.00 |
| 00010 | FIFTH THIRD BANK | 7100-000 | NA | $372.85 | $372.85 | $0.00 |
| 00009 | FIFTH THIRD BANK | 7100-000 | NA | $1,192.08 | $1,192.08 | $0.00 |
| 00008 | EMC Insurance Group, Inc. | 7100-000 | $16,445.89 | $13,245.89 | $13,245.89 | $0.00 |
| 00007 | LECHNER & SONS, INC. | 7100-000 | $0.00 | $32,009.28 | $32,009.28 | $0.00 |
| 00005 | FORD MOTOR CREDIT COMPANY | 7100-000 | NA | $0.01 | $0.01 | $0.00 |
| 000020 | Ground Effects Outdoor Living | 7100-000 | NA | $11,361.23 | $11,361.23 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | American Express Centurion | 7100-000 | $0.00 | $1,027.96 | $1,027.96 | $0.00 |
| 000018A | IL Dept Employ Security | 7100-000 | NA | $90.00 | $90.00 | $0.00 |
| 00001-3 | Department of Treasury-IRS | 7100-000 | NA | $26,322.55 | $26,322.55 | $0.00 |
| 0000019 | Swift Capital | 7100-000 | $102,712.50 | $134,301.31 | $134,301.31 | $0.00 |
| | J.L. Jones, Inc. | | $960.00 | NA | NA | $0.00 |
| | Photo Enforcement Program | | $200.00 | NA | NA | $0.00 |
| | Steven & Julie Baier | | $110,348.92 | NA | NA | $0.00 |
| | Swift Capital | | $26,303.27 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $269,652.57 | $264,288.98 | $264,288.98 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-07949  Judge: Donald R. Cassling  Trustee Name: Elizabeth C Berg
Case Name: Nature's Choice Landscape Supply, Inc.  Date Filed (f) or Converted (c): 11/21/2017 (c)
341(a) Meeting Date: 04/11/2017
For Period Ending: 12/18/2018  Claims Bar Date: 08/10/2018

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | American Eagle Checking | 500.00 | 0.00 | | 0.00 | FA |
| 2. | Accounts Receivable | 13,258.04 | 0.00 | | 0.00 | FA |
| 3. | Office Furniture & Equipment | 2,000.00 | 932.40 | | 932.40 | FA |
| 4. | 4 Compaq Laptops | 750.00 | 349.65 | | 349.65 | FA |
| 5. | 2014 Dell Computers | 550.00 | 256.41 | | 256.41 | FA |
| 6. | 2 Vostro Computers | 700.00 | 326.34 | | 326.34 | FA |
| 7. | Server | 1,000.00 | 466.20 | | 466.20 | FA |
| 8. | 2016 Cadillac Escalade | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 9. | Ford F250 (2004) | 6,200.00 | 2,849.00 | | 2,849.00 | FA |
| 10. | Bobcat | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. | Trailer (2013) PJ | 1,000.00 | 518.00 | | 518.00 | FA |
| 12. | F350 | 6,000.00 | 0.00 | | 0.00 | FA |
| 13. | 2008 Ford F350 | 12,000.00 | 5,180.00 | | 5,180.00 | FA |
| 14. | 2013 Ford Escape | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 15. | 2014 Bobcat | 20,000.00 | 6,734.00 | | 6,734.00 | FA |
| 16. | 2000 Trailer | 1,500.00 | 777.00 | | 777.00 | FA |
| 17. | 2015 Ford Dump Truck S-Dty F-4 | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 18. | 2016 Ford Focus | 19,000.00 | 0.00 | OA | 0.00 | FA |
| 19. | Misc Landscapte tools | 500.00 | 183.89 | | 183.89 | FA |
| 20. | 1 Plow | 1,500.00 | 777.00 | | 777.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-07949  
Case Name: Nature's Choice Landscape Supply, Inc.  
For Period Ending: 12/18/2018

Judge: Donald R. Cassling

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 11/21/2017 (c)  
341(a) Meeting Date: 04/11/2017  
Claims Bar Date: 08/10/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. Mower | 600.00 | 290.08 | | 290.08 | FA |
| 22. 2014 Wright Mower | 1,800.00 | 890.96 | | 890.96 | FA |
| 23. Russo Brick Cart | 400.00 | 199.43 | | 199.43 | FA |
| 24. Russo Brick Saw & Equipment | 5,500.00 | 2,649.57 | | 2,649.57 | FA |
| 25. 60" Skag Mower | 1,800.00 | 890.96 | | 890.96 | FA |
| 26. Russo Power Equipment | 200.00 | 75.11 | | 75.11 | FA |
| 27. Debtor leases vacant in Kane County lot to store vehicles and equipment | 0.00 | 0.00 | | 0.00 | FA |
| 28. 2 Snowplows - affixed to Ford Trucks (Asset No. 9 & 13) (u) | 0.00 | 518.00 | | 518.00 | FA |
| 29. 2013 United Trailer (u) | 0.00 | 518.00 | | 518.00 | FA |
| 30. 2010 Dump Trailer (u) | 0.00 | 518.00 | | 518.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 197,758.04 | 25,900.00 | | 25,900.00 | 0.00 |

Re Prop. #1  Bank account subject to lien of Swift Capital. Trustee informed account swept by lender.
Re Prop. #2  Disposed of during ch. 11 proceedings
Re Prop. #3  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #4  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #5  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #6  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #7  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #8  Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #9  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #10  Disposed of during ch. 11 proceedings
Re Prop. #11  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-07949 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Nature's Choice Landscape Supply, Inc. | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 12/18/2018 | | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12  Destroyed by post-petition/pre-conversion engine fire  (see Schedule of post-petition debts [Dkt. 89])
Re Prop. #13  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #14  Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #15  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #16  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #17  Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #18  Abandoned Per Court Order Dated 1/5/18 [Dkt No. 79]
Re Prop. #19  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #20  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #21  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #22  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #23  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #24  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #25  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #26  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #28  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer
Re Prop. #29  Sold per Court Order Dated 3/5/18 [Dkt No. 85] to Third Party Buyer

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 16, 2018:  The Trustee was appointed upon the conversion of this case from ch. 11.  The Debtor was a landscaper which also provided snow-plowing services in the off season.  As of the conversion of this case, property of the estate included four encumbered vehicles, various unencumbered motor vehicles, trailers, and office equipment.  Trustee abandoned the estate's interest in the four vehicles which were encumbered and of little or no value to the estate [Dkt. 79].  Trustee consulted with an auctioneer to estimate the auction value of the unencumbered assets if they were sold at a public auction.  Concurrently, Trustee negotiated with an insider for a potential sale of the assets.  Ultimately, Trustee determined it was in the best interest of the estate to conduct a private sale.  Trustee negotiated with two secured creditors such that the estate would pay their liens, as allowed, from the proceeds of the sale.  Prior to filing her motion to approve the proposed sale, TR discovered of record a previously undisclosed and unscheduled tax lien in favor of the IL Dept. of Employment Security.  Trustee determined that after distribution to chapter 7 administrative creditors and the tax lien, there would be no funds available for distribution to chapter 11 administrative creditors or chapter 7 unsecured creditors.  In order to make a distribution to the taxing authority, as well as the secured creditors, Trustee conferred with the Office of the United States Trustee and pursued the proposed sale which was approved by this Court's order dated March 5, 2018 [Dkt. 85].  Trustee reviewed and analyzed clams filed, to the extent such claims would receive a distribution, and resolved all claims issues.  Trustee worked with her accountants to prepare estate income tax and payroll tax returns for 2017 and final year 2018.  Trustee also terminated the Debtor's SEP retirement plan and so notified the plan participants.  Trustee prepared her TFR.  TFR submitted to UST 10/5/18.  Upon approval, Trustee will make her final distribution.  Trustee anticipates case will close early 2019.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07949 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
| Case Name: | Nature's Choice Landscape Supply, Inc. | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 12/18/2018 | | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018      **Current Projected Date of Final Report(TFR) :** 11/30/2018

**Trustee's Signature**   /s/Elizabeth C Berg        **Date:** 12/18/2018
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-07949 | Trustee Name: Elizabeth C Berg |
| Case Name: Nature's Choice Landscape Supply, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5385 Checking Account |
| Taxpayer ID No: **-***8575 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/18/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2018 | | Steven Scott Baier<br>c/o Shamrock Hardscapes & Restoration<br>38W155 Henricksen Road<br>Saint Charles, IL 60137 | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | | 24,400.00 | | 24,400.00 |
| | [4] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  349.65 | 1129-000 | | | |
| | [5] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  256.41 | 1129-000 | | | |
| | [6] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  326.34 | 1129-000 | | | |
| | [7] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  466.20 | 1129-000 | | | |
| | [9] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  2,849.00 | 1129-000 | | | |
| | [11] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  518.00 | 1129-000 | | | |
| | | | Page Subtotals | | 24,400.00 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/18/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [13] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 5,180.00 | 1129-000 | | |
| | [15] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 5,234.00 | 1129-000 | | |
| | [16] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 777.00 | 1129-000 | | |
| | [19] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 183.89 | 1129-000 | | |
| | [20] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 777.00 | 1129-000 | | |
| | [21] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 290.08 | 1129-000 | | |
| | [22] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 890.96 | 1129-000 | | |
| | [23] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 199.43 | 1129-000 | | |
| | | | Page Subtotals | | 24,400.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/18/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [24] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  2,649.57 | 1129-000 | | | |
| | [25] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  890.96 | 1129-000 | | | |
| | [26] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  75.11 | 1129-000 | | | |
| | [3] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  932.40 | 1129-000 | | | |
| | [28] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  518.00 | 1229-000 | | | |
| | [29] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  518.00 | 1229-000 | | | |
| | [30] | | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85]  518.00 | 1229-000 | | | |
| | | | Page Subtotals | | 24,400.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-07949
Case Name: Nature's Choice Landscape Supply, Inc.
Taxpayer ID No: **-***8575
For Period Ending: 12/18/2018

Trustee Name: Elizabeth C Berg
Bank Name: Texas Capital Bank
Account Number/CD#: ******5385 Checking Account
Blanket bond (per case limit): 5,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/14/2018 | 51001 | Swift Financial Corporation<br>c/o Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Ste. 204<br>Lisle, IL 60532 | Payment of Lien and Security Interest in Sale Proceeds - Authorized Per Court Order Dated March 2, 2018 [Dkt. No. 85] | 4210-000 | | 9,000.00 | 15,400.00 |
| 03/14/2018 | 51002 | Amalgamated Bank of Chicago<br>c/o William Dunn, Counsel<br>30 N LaSalle Street<br>Chicago, IL 60602 | Payment of Lien and Security Interest in Sale Proceeds - Authorized Per Court Order Dated March 2, 2018 [Dkt. No. 85] | 4210-000 | | 1,500.00 | 13,900.00 |
| 03/23/2018 | [15] | Steven Scott Baier<br>c/o Shamrock Hardscapes & Restoration<br>38W155 Henricksen Road<br>Saint Charles, IL 60175 | Proceeds of Sale of Debtor's Remaining Assets, including vehicles, M and E and furniture [dkt. # 85] | 1129-000 | 1,500.00 | | 15,400.00 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.27 | 15,380.73 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.49 | 15,359.24 |
| 05/16/2018 | 51003 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | State Income Tax Due | 2820-000 | | 35.00 | 15,324.24 |
| | | | Page Subtotals | | 1,500.00 | 10,575.76 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Nature's Choice Landscape Supply, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/18/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.45 | 15,302.79 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.38 | 15,281.41 |
| 08/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.35 | 15,260.06 |
| 12/04/2018 | 51004 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Compensation | 2100-000 | | 2,000.00 | 13,260.06 |
| 12/04/2018 | 51005 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Expenses | 2200-000 | | 188.22 | 13,071.84 |
| 12/04/2018 | 51006 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Attorneys' Fees | 3110-000 | | 4,000.00 | 9,071.84 |
| 12/04/2018 | 51007 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | | 3220-000 | | 813.10 | 8,258.74 |
| | | | | Page Subtotals | 0.00 | 7,065.50 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/18/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2018 | 51008 | Kutchins, Robbins & Diamond<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | | 3410-000 | | 4,000.50 | 4,258.24 |
| 12/04/2018 | 51009 | Kutchins, Robbins & Diamond<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | | 3420-000 | | 7.00 | 4,251.24 |
| 12/04/2018 | 51010 | Office of the U.S. Trustee<br>(ADMINISTRATIVE)<br>219 S Dearborn St<br>Chicago, IL 60604 | | 2990-000 | | 975.00 | 3,276.24 |
| 12/04/2018 | 51011 | IL Dept Employ Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th Floor<br>Chicago, IL 60603 | Disb of 35.78% to Claim #000017 | 4800-070 | | 3,276.24 | 0.00 |

|  |  | Page Subtotals | 0.00 | 8,258.74 |
|---|---|---|---|---|
| | | **COLUMN TOTALS** | 25,900.00 | 25,900.00 |
| | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | **SUBTOTALS** | 25,900.00 | 25,900.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | **Net** | 25,900.00 | 25,900.00 |

UST Form 101-7-TDR (10/1/2010) (Page 16)                                              **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07949 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Nature's Choice Landscape Supply, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5385 Checking Account |
| Taxpayer ID No: | **-***8575 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/18/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 25,900.00 | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| All Accounts Gross Disbursements: | 25,900.00 | ******5385 Checking Account | 25,900.00 | 25,900.00 | |
| All Accounts Net: | 0.00 | **Net Totals** | 25,900.00 | 25,900.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 17)                                                                **Exhibit 9**